SEALED

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 2:14-cr-153-GMN-VCF *SEALED* |
| | ) | | |
| Jovar Lavonne Baker, | ) | | |
| *Defendant* | ) | | |

**CONTINUED INITIAL APPEARANCE AND ARRAIGNMENT AND PLEA**

A continued Initial Appearance and Arraignment and Plea at the request of the Defendant in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Nancy J. Koppe** | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | Friday, May 9, 2014 at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    May 8, 2014

_____
*Judge's signature*

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*